UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**GILDA CASTELLANOS, JESUS CASTELLANOS,**

　*Plaintiffs,*

v.

**LIBERTY INSURANCE CORPORATION,**

　*Defendant.*

Case No. SA-22-CV-00807-JKP

## O R D E R

Before the Court is the parties Rule 41(a) Stipulation of Voluntary Dismissal. *See* ECF No. 30. The parties request the Court enter an order dismissing the case.

**IT IS ORDERED** that the above-entitled cause is hereby dismissed with prejudice as to Liberty Insurance Company, with each party to bear their own costs.

It is so ORDERED.
SIGNED this 21st day of March, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE